# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 23, 2011

143286 & (65)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

BOBBY BURLESON,
        Petitioner-Appellee,

v

DEPARTMENT OF ENVIRONMENTAL
QUALITY,
        Respondent-Appellant.
_____/

SC: 143286
COA: 292916
Ingham CC: 08-001507-AA

     On order of the Court, the motion for leave to file a brief amicus curiae is GRANTED. The application for leave to appeal the May 12, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 23, 2011

_____
Clerk

h1116